E-FILED
Tuesday, 17 May, 2011  03:16:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 11- 10034 |
| | ) VIO: Title 29, United States Code, |
| TY R. PEDIGO, | ) Section 439(c) |
| Defendant. | ) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

At all times material to this Information, The Brotherhood of Railroad Signalmen, BNSF Local 154 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 United States Code. Section 401, et seq., required to file an annual financial report with the Secretary of Labor.

On or about March through June 2009, in Knox County, in the Central District of Illinois,

**TY R. PEDIGO**,

the defendant, did willfully make a false entry in records required to be kept by Section 436 of Title 29, United States Code, that is a quarterly financial report to the International, a record on matters required to be reported in the annual financial report of The Brotherhood of Railroad Signalmen, BNSF Local 154 which was required to be filed with the Secretary of Labor for such labor organization's fiscal year.

All in violation of Title 29, United States Code, Section 439(c).

                    UNITED STATES OF AMERICA

                    JAMES A. LEWIS
                    UNITED STATES ATTORNEY
                    S/John H. Campbell
                    _____
                    JOHN H. CAMPBELL
                    Assistant United States Attorney
                    One Technology Plaza
                    211 Fulton Street, Suite 400
                    Peoria, Illinois 61602
                    Telephone: 309/671-7050